UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 00682
   KENNETH R PEPE
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-3853
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/10/05 and confirmed on 03/04/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 21409.24 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED | 6704.00 | 430.71 | 6704.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7939.20 | .00 | 1832.22 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7624.87 | .00 | 1759.68 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6579.30 | .00 | 1518.38 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7621.42 | .00 | 1758.88 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10402.72 | .00 | 2400.76 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5357.72 | .00 | 1236.46 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6704.00 | .00 | 45525.23 | .00 | 52229.23 |
| PRINCIPAL PAID | 6704.00 | .00 | 10506.38 | .00 | 17210.38 |
| INTEREST PAID | 430.71 | .00 | .00 | .00 | 430.71 |
| TOTAL PAID | 7134.71 | .00 | 10506.38 | .00 | 17641.09 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $ 2700.00 and was paid $    100.00  direct and $   2600.00  through the plan.

The Trustee received $    873.91 .

Refunds to the Debtor totaled $    294.24 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


```
Dated: 09/09/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 05 B 00682 KENNETH R PEPE
```